```
 1  PERRY & SHAPIRO, L.L.P.
    3300 N. Central Avenue, #2200
 2  Phoenix, Arizona 85012
    (602) 222-5711
 3  (602) 222-5701 Facsimile
    (847) 627-8802 Facsimile
 4  AZNotices@logs.com, e-mail
    Christopher R. Perry, Bar #009801
 5  Jason P. Sherman, Bar #019999
    Attorney for JPMorgan Chase Bank, N.A.
 6  [FILE 09-019754 CHE]

 7
                    UNITED STATES BANKRUPTCY COURT
 8                       DISTRICT OF ARIZONA

 9
    In re:                              Case # 2:09-bk-29570-GBN
10
    JOSEPH P. PALMISANO AND AMY K.      Chapter 11 Proceedings
11  PALMISANO,

12          Debtor.
    JPMORGAN CHASE BANK, N.A., its      NOTICE OF FILING OF MOTION FOR
13  assigns and / or successors-in-     RELIEF FROM THE AUTOMATIC STAY
    interest,                           AND NOTICE OF REQUIREMENT
14          Movant,                     TO FILE AN ANSWER
    v.
15                                      Re: Real Property located at
    JOSEPH P. PALMISANO AND AMY K.      1157 East Melody Court
16  PALMISANO,                          Gilbert, AZ 85234
            Respondent.
17
          NOTICE IS GIVEN that the undersigned attorney
18  represents the Movant and has filed a motion requesting relief
    from the automatic stay the details of which are as follows:
19  Movant is the holder of a Note secured by a Deed of Trust
    recorded against certain real property described below. Movant
20  is seeking relief from the automatic stay to foreclose its Deed
    of Trust, due to default in payment on the Note.
21
          Legal Description:
22        LOT 3, OF FINAL PLAT OF TIERRA RANCHOS II, ACCORDING
          TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY
23        RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK
          541 OF MAPS, PAGE 13
24
```

1       **Property Address:** 1157 East Melody Court, Gilbert, AZ 85234

      For further particulars, please see the Motion on file with the clerk of the U.S. Bankruptcy Court in Arizona. General questions regarding this bankruptcy case should be addressed to the attorney for the DEBTOR, if any, at the address listed on the bankruptcy petition filed with the clerk of the U.S. Bankruptcy Court in Arizona. Do not direct general inquiries to our office.

      **FURTHER, NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001 if no written objection is filed with the Court and a copy served on the attorney for Movant whose address is shown at the upper left corner of this document **WITHIN 14 DAYS** of service of the motion, the motion for relief from the automatic stay may be granted without further notice or hearing. Only those parties filing objections will receive notice of any hearings on this matter.

      DATED this __1__ day of ~~February~~ March, 2010.

                                _____
                                Jason P. Sherman
                                Attorney for CHASE

### CERTIFICATE OF SERVICE

      I hereby certify that __22__ copies of the foregoing were mailed this __1__ day of March, 2010 to all interested parties and creditors as follows:

```
 1 | Copy of the foregoing was mailed
   | this __1__ day of ~~February~~, 2010 to:
 2 |                    March
   | Attorney for Debtor:
 3 | James E, Brown
   | 2111 E Highland Ave Ste 145
 4 | Phoenix, AZ 85016
   |
 5 | Debtor:
   | Joseph P. Palmisano and Amy K. Palmisano
 6 | 1157 East Melody Court
   | Gilbert, AZ 85234
 7 |
   | United States Bankruptcy Court
 8 | 230 N. First Ave., Suite 204
   | Phoenix, AZ 85003-1706
 9 |
   | Acuity
10 | 2800 S. Taylor Drive
   | P. O. Box 718
11 | Sheboygan, WI 53081
   |
12 | Bourn Partners
   | c/o La Placita Village TIC
13 | P. O. Box 98330
   | Phoenix, AZ 85038
14 |
   | Chase AZ1-2516
15 | 1820 E. Sky Harbor Cir. South
   | Phoenix, AZ 85034
16 |
   | Chase Bank
17 | P. O. Box 78035
   | Phoenix, AZ 85062
18 |
   | Chase Card Services
19 | P. O. Box 94014
   | Palatine, IL 60094-4014
20 |
   | Chase Home Finance, LLC
21 | 800 Brooksedge Blvd.
   | Westerville, OH 43081
22 |
23 |
24 |
```

```
 1 | Citadel Broadcasting
   | Company
 2 | 575 West Roger Road
   | Tucson, AZ 85705-2616
 3 |
   | DEX Media, Inc.
 4 | P. O. Box 79167
   | Phoenix, AZ 85062-9167
 5 |
   | GMAC Mortgage
 6 | P. O. Box 79135
   | Phoenix, AZ 85062
 7 |
   | Humana Health Plan Inc.
 8 | P. O. Box 528
   | Carol Stream, IL 60132-0528
 9 |
   | Idearc Media, LLC
10 | P. O. Box 619810
   | D/FW Airport, TX 75261-9810
11 |
   | JP Morgan Chase Bank, N.A.
12 | Attn: Frank Armenta
   | 201 N. Central, Floor 17,
13 | AZ1-1004
   | Phoenix, AZ 85004
14 |
15 | JP Morgan Chase Bank, N.A.
   | P. O. Box 29550 AZ1-2004
16 | Phoenix, AZ 85038
17 | JPMorgan Chase Bank, N.A.
   | AZ1-2516
18 | 1820 E. Sky Harbor Circle
   | South
19 | Phoenix, AZ 85034
20 | KMSB Television
   | Dept LA 21512
21 | Pasadena, CA 91185-1480
22 |
   | KSAZ Fox 10
23 | 511 West Adams Street
   | Phoenix, AZ 85003
24 |
```

```
 1  KTTU Television
    Dept LA 21480
 2  Pasadena, CA 91185-1480

 3  Sears Credit Cards
    P. O. Box 688957
 4  Des Moines, IA 50368-8957

 5  Toepel Company, P.C.
    2500 S. Power Road
 6  Suite 129
    Mesa, AZ 85209

 7

 8
    By /s/ Anne Mallett
 9

10
```