James E. Brown, Esq. #004822
**JAMES E. BROWN, P.C.**
2111 E. Highland Avenue
Suite 145
Phoenix, Arizona 85016-4732
(602) 230-1504
jim@aztaxlaw.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| JOSEPH P. PALMISANO AND AMY K. PALMISANO, | Case No. 2:09-bk-29570-GBN |
| Debtors. | RESPONSE TO MOTION FOR STAY RELIEF |
| JPMORGAN CHASE BANK, N.A., a national banking association, | |
| Movant, | Re: Real Property located at 1157 East Melody Court Gilbert, AZ 85234 |
| vs. | |
| JOSEPH P. PALMISANO AND AMY K. PALMISANO, | |
| Respondents. | |

Respondents, **JOSEPH P. PALMISANO AND AMY K. PALMISANO** ("Debtors or "Palmisano"), hereby respond to Movant, JPMORGAN CHASE BANK N.A.'s ("Chase") Motion for Stay Relief Re: Real Property located at 1157 East Melody Court, Gilbert, Arizona 85234. The Property is Debtors' personal residence. While there is no equity in the Property, the Property is essential to Debtors' Plan of Reorganization. Debtors are also ready, willing and able to pay Adequate Protection Payments.

This Response is supported by the following Memorandum of Points and Authorities.

DATED this 15th day of March, 2010.

JAMES E. BROWN, P.C.

By _____
James E. Brown
2111 East Highland Avenue
Suite 145
Phoenix, AZ 85016-4732
Attorney for Debtors

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. **FACTS**

Debtors admit the allegations contained in Paragraphs 1 through 4 of Chase's Motion.

Debtors acknowledge that the Note is in default and that Chase has incurred attorney's fees and costs.

Debtors further admit that there is no equity in the Property because the liens exceed the fair market value thereof.

Debtors allege that the Property is necessary for the effective reorganization of Debtors.

Debtors are ready, willing and able to offer Adequate Protection Payments to Movant based upon the fair market value of the Property of $600,000.00.

Debtors anticipate filing their Plan of Reorganization within sixty (60) days, which will provide for the proper treatment of the Property based upon the fair market value of the Property of $600,000.00.

II. **LAW**

Debtors fully intend to reorganize by filing their Plan of

Reorganization within approximately sixty (60) days.

Debtors are ready, willing and able to provide Adequate Protection Payments of $3,000.00 per month.

No property could be more important to a reorganization of a debtor than the debtor's residence.

III. **SUMMARY**

For all the foregoing reasons, stay relief should be denied and an order should be entered establishing reasonable Adequate Protection Payments.

The automatic stay should stay in force pending Debtors' reorganization.

All other relief requested by Movant should be denied.

DATED this 15th day of March, 2010.

JAMES E. BROWN, P.C.

By _____
James E. Brown
2111 East Highland Avenue
Suite 145
Phoenix, AZ 85016-4732
Attorney for Debtors

ORIGINAL of the foregoing
**electronically** filed this
15th day of March, 2010
with the U.S. Bankruptcy Court.

COPY of the foregoing
mailed this 15th day
of March, 2010,
to:

Christopher R. Perry, Esq.
PERRY & SHAPIRO, L.L.P.
3300 North Central Avenue #2200
Phoenix, AZ 85012
Attorneys for JPMorgan Chase Bank, N.A.

```
 1  Patty Chan
    Office of the U.S. Trustee
 2  230 N. First Avenue #204
    Phoenix, AZ 85003
 3
    Barbara Lee Caldwell, Esq.
 4  Aiken Schenk Hawkins & Ricciardi P.C.
    4742 North 24th Street
 5  Suite 100
    Phoenix, AZ 85016-4859
 6  Attorneys for Maricopa County

 7  Acuity
    2800 S. Taylor Drive
 8  P. O. Box 718
    Sheboygan WI 53081
 9
    Bourn Partners
10  c/o La Placita Village TIC
    P. O. Box 98330
11  Phoenix AZ 85038-0330

12  Chase AZ1-2516
    1820 H. Sky Harbor Cir. South
13  Phoenix AZ 85034-4812

14  Chase Bank
    P. O. Box 78035
15  Phoenix AZ 85062-8035

16  Chase Card Services
    P. O. Box 94014
17  Palatine IL 60094-4014

18  Chase Home Finance, LLC
    800 Brooksedge Blvd.
19  Westerville OH 43081-2822

20  Citadel Broadcasting Company
    575 West Roger Road
21  Tucson AZ 85705-2616

22  DEX Media, Inc.
    P. O. Box 79167
23  Phoenix AZ 85062-9167

24  GMAC Mortgage
    P. O. Box 79135
25  Phoenix AZ 85062-9135

26  Humana Health Plan Inc.
    P. O. Box 528
27  Carol Stream IL 60132-0528

28
```

4

| | |
|---|---|
| 1 | Idearc Media, LLC |
| | P. O. Box 619810 |
| 2 | D/FW Airport TX 75261-9810 |
| 3 | |
| | JP Morgan Chase Bank, N.A. |
| 4 | Attn: Frank Armenta |
| | 201 N. Central, Floor 17, AZ1-1004 |
| 5 | Phoenix AZ 85004-1000 |
| 6 | JP Morgan Chase Bank, N.A. |
| | P. O. Box 29550 AZ1-2004 |
| 7 | Phoenix AZ 85038-9550 |
| 8 | JPMorgan Chase Bank, N.A, |
| | AZ1-2516 |
| 9 | 1820 E. Sky Harbor Circle South |
| | Phoenix AZ 85034-4812 |
| 10 | |
| | KMSB Television |
| 11 | Dept LA 21512 |
| | Pasadena CA 91185-1480 |
| 12 | |
| | KSAZ Fox 10 |
| 13 | 511 West Adams Street |
| | Phoenix AZ 85003-1638 |
| 14 | |
| | KTTU Television |
| 15 | Dept LA 21480 |
| | Pasadena CA 91185-1480 |
| 16 | |
| | Sears Credit Cards |
| 17 | P. O. Box 688957 |
| | Des Moines IA 50368-8957 |
| 18 | |
| | Toepel Company, P.C. |
| 19 | 2500 S. Power Road |
| | Suite 129 |
| 20 | Mesa AZ 85209-6689 |
| 21 | |
| 22 | *[signature]* |
| 23 | |

5